OLGA SACHS, Respondent, v. JEANNETTE DRESS CO., INC., Appellant.— Judgment reversed and a new trial ordered, with costs to appellant to abide the event, on the ground that the trial court erred in instructing the jury that the burden of proof was upon the defendant to satisfy the jury that the discharge of the plaintiff was rightful and not wrongful.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN REILLY, Respondent, v. HOTEL ANSONIA CORPORATION and A. L. SUB CORPORATION, Appellants.— Judgment and order affirmed, with costs.   No opinion.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

TRADESMEN'S NATIONAL BANK, Respondent, v. JACOB D. COHEN, Appellant, Impleaded with Another.— Judgment reversed, with costs to appellant to abide the event, on the ground that it was error to exclude evidence of the conversation between the defendant and Baker, which was material to the issue.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

AUSILIA COSENZA, Appellant, v. BECKY LEVY and Another, Respondents.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley and Proskauer, JJ., dissent.

DEWEY HOLDING CORPORATION, Appellant, v. ADAM KERNER, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT RUSSELL, Appellant.— Judgment affirmed.   No opinion.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HARRY N. STEIN and Another, Appellants, v. BEATRICE SCHAVRIEN, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ISABELLE GRUNEWALD, Appellant, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JAMES W. SANDERSON, Appellant, v. J. ROY ALLEN, as Executor, etc., of MARTHA M. ALLEN, Deceased, Respondent.— Orders affirmed, with ten dollars costs and disbursements, on authority of Keystone Hardware Corp. v. Tague (246 N. Y. 79).   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

BORIS N. SOKOLOFF, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.   [130 Misc. 66.]

In the Matter of EMMA PICKER, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate.   No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HENRY A. LANGE & CO., INC., Respondent, v. JOSEPH READER and Another, Appellants.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.